UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Kevin Bond #468486
Plaintiff.

FILED - MQ
July 31, 2026 11:44 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MLC  SCANNED BY: 7/31/26

2:26-cv-176
Sally J. Berens
U.S. Magistrate Judge

-V-

Michigan Department of
Corrections,
Rochelle T. Crallimore, MDOC Employee,
Wendy Conner, MDOC Employee,
THUMB Correctional Facility Transfer
Staff,
        Defendants _____/

Prisoner Civil Rights Complaint
Under 42 USC 1983 By a Person
In State Custody and A Full
Demand For A Jury Trial

now comes THE Plaintiff Kevin Bond, in
Pro Per and in THE ABove cause and Hereby
moves this Court To Grant a Jury Trial

(1)

Based upon 1st and 14th amendment Rights and Also 8th Amendment Rights violation where the Defendant failed to discharge their duties in the manner that Civil Service workers are bound by law to conduct accordingly and also to fully comply with Michigan Compiled Laws where they deliberately failed to file the proper paperwork and CSJ forms through (OMNI) the offender Management Information System and not listing Prisoner Huffman MDOC # 472635 as an Enemy of Plaintiffs by Processing the Required "SPON" Special Population Offender Notification" Prior to Transfer.

The Defendants each used their Individual Capacity to place Plaintiffs life in Danger when they (1) screened Plaintiffs File; (2) ordered Plaintiff to be Transferred to the Macomb Regional Correctional Facility on 11/19/2025 for the purpose of endangering the life of this Plaintiff by placing Plaintiff at the named facility and did place Plaintiff in great

(2)

Physical, Emotional, Psychological and other Harms where I was put in a situation That I Had to Defend myself upon while in the chow Hall and was approached By Muffman and had to Defend himself Because of Actions By the MDOC and their Deliberate Indifference to me where They Failed in Their Duties Requiring me to Be the Victim of Attempted Assault and my Having to Be given an assault and Battery Ticket Because These Defendants Didn't Process The Correct Paperwork.

1) Defendants Rochelle T. Gallimore Failed to File The Spon Paperwork in Her official Capacity.

(2) Defendant Wendy ~~Post~~ Conner Failed to Review and Ensure The Proper Paperwork was Filed Prior to Approving my Transfer To MRF in Her official capacity.

This Court will Be able to Activate his own Jurisdiction on The issues of Plaintiffs 1st, 8th and 14th Amendments Protections that have Been Violated By The Defendants and It must Allow the Case to Proceed to a Full Jury Trial and allow this case to

(3)

Be Determined For Monetary Damages.

## DAMAGES SOUGT

Plaintiff seeks $100,000.00 (one-Hundred Thousand Dollars) in Damages from Each Defendant Jointly/severally. For a combined Total of $200,000.00 (Two-Hundred Thousand Dollars) in Monetary, Punitive and Compensatory Damages, for said Violations of Plaintiffs Rights To Be Free from Retaliation, cruel and unusual Punishment and Due Process of Law,

THE Document Clearly show there Has Been a Transfer, approval of a Transfer, and Results of a Transfer and it is listed as supporting Documents and will Be submitted in the Brief in Support of this Complaint with all Claims Fully Detailed for the Court

(4)

and a Jury of Plaintiffs Peers.

## Relief Sought

Wherefore Plaintiff Prays This Court will grant Damages Sought, a Jury Trial and Any Further Relief Deemed Necessary.

Respectfully Yours
Kevin Bond

Kevin Bond # 468486
Plaintiff n Pro Per
Alger Correctional Facility
N 61 4 1 Industrial Park Drive
Kincheloe, MI 49862

7/23/26

Documents were
Prepared By:
Derrick Lee Cardello Smith
ParaLegal - Legal Writer
Alger - 267009
LMF-N 61 4 1 Industrial
Park Drive, Munising,
MI 49862

(5)



MR. Kevin Bond #468482
Alger Correctional Facility
N6141 Industrial Park Drive
Munising, MI 49862

Mailed on 7/23/24

TO:



FIRST-CLASS

US POSTAGE **PITNEY BOWES**

ZIP 49862  **$ 001.98⁰**
02 7W
0008040119 JUL 24 2026

Clerk of The Court
Western District Court-
United States District Court
202 W. Washington Street
Marquette, MI 49855